IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES A. CHEATHAM, Individually,
and as Administrator of the Estate of
Geri Lynn Cheatham, deceased                                             PLAINTIFF

vs.                              4:09CV00880-WRW

TEVA PHARMACEUTICALS USA, INC., et al                                    DEFENDANTS

## ORDER

Pending is the Application for *Pro Hac Vice* Admissions (doc #73), filed by the Barr defendants on behalf of Joseph P. Thomas and Frederick M. Erny. After a review of the Motion, the Court finds that the Motion should be, and is, GRANTED.

Accordingly, Mr. Thomas and Mr. Erny are permitted to appear pro hac vice in this case and are directed to register for CM/ECF in the Easter District of Arkansas by November 9, 2010. Failure to register may result in removal from the case.

IT IS SO ORDERED this 26th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.prohc.wpd