IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES A. CHEATHAM,
Individually, and as Administrator
of the Estate of GERI LYNN
CHEATHAM, Deceased                                                          PLAINTIFF

v.                              4:09CV00880-BRW-JTK

TEVA PHARMACEUTICALS USA,
INC., *et al.*                                                              DEFENDANTS

## ORDER

On April 20, 2011, the Court held oral argument on motions filed by Teva Pharmaceuticals USA, Barr Laboratories, Inc., Barr Pharmaceuticals, LLC ("Barr" collectively), McKesson Corporation, and McKesson Provider Technologies. Pursuant to Fed. R. Civ. P. 4(m), the Court expands Plaintiff's time to properly serve separate defendant Barr until May 2, 2011. *See J & J Sports Productions, Inc. v. Roberts*, 2010 WL 5349807, *2 (E.D. Ark. Dec. 21, 2010) (a district court has discretion under Rule 4(m) to extend time to serve process, even without good cause). Barr's motions in this case remain pending. (Doc. No. 68)

IT IS SO ORDERED this 20th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE