IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES A. CHEATHAM, Individually,**
and as Administrator of the Estate of                                                         PLAINTIFF
**Geri Lynn Cheatham, Deceased**

v.                                              4:09CV00880-BRW

**TEVA PHARMACEUTICALS, et al.**                                                              DEFENDANTS

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 139). Defendants have responded and do not oppose the motion.[1] Plaintiff's Motion is GRANTED and the case is dismissed in its entirety without prejudice, subject to Federal Rule of Civil Procedure 41(d). All other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 5th day of July, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 140.

1