IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES A. CHEATHAM, Individually,**
**and as Administrator of the Estate of**                                              **PLAINTIFF**
**Geri Lynn Cheatham, Deceased**

v.                                          4:09CV00880-BRW

**TEVA PHARMACEUTICALS, et al.**                                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this date, it is considered ORDERED and

ADJUDGED that Plaintiff's claims are DISMISSED in its entirety without prejudice.

IT IS SO ORDERED this 5th day of July, 2011.

                                                      /s/ Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE